No. 429. ARKANSAS & MEMPHIS RAILWAY BRIDGE & TERMINAL COMPANY *v.* ARKANSAS EX REL. ATTORNEY GENERAL. October 31, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Mr. J. W. Canada* for petitioner. *Messrs. H. W. Applegate, Joe T. Robinson, J. W. House* and *C. H. Moses* for respondent.

---

No. 432. OIL FIELDS CORPORATION *v.* JOHN S. DASHKO, ET AL. October 31, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Arkansas denied. *Mr. Albert L. Wilson* for petitioner. *Mr. J. K. Mahony* for respondents.

---

No. 434. C. W. BASSETT ET AL. *v.* UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Sardis Summerfield* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. John J. Byrne* for the United States.

---

No. 435. R. C. CLAPP *v.* UNITED STATES. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Robert C. Faulston* and *Arthur V. Roberts* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

---

No. 436. MASSACHUSETTS BONDING AND INSURANCE COMPANY *v.* NATIONAL SURETY COMPANY. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herbert C. Smyth* for petitioner. *Messrs. Louis Marshall* and *James Marshall* for respondent.